| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Johnson, William P. | 2. Court or Organization<br><br>District Court - New Mexico | 3. Date of Report<br><br>01/05/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U. S. District Court
333 Lomas Blvd., NW, #640
Albuquerque, NM 87102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | NM State Employees Pension Fund; pension at age 64; no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 01/05/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | State of New Mexico, retirement pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason Univ. School of Law JEP, Economics Institute for Judges, Week 1 | April 7-12, 2013 | Arlington, VA | Judicial Education Program in economics | lodging, meals and partial transportation reimbursement for reporting individual |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Credit Card | credit card/unsecured loan | J |
| 2. | NM Bank & Trust | unsecured line of credit | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Wells Fargo Bank (checking accounts) | D | Interest | J | T | | | | | |
| 2. | NM Bank & Trust (checking account) | | None | J | T | Open | 04/15/13 | J | | |
| 3. | NFS/FMTC, (IRA custodian) | A | Dividend | | | Closed | 02/27/13 | L | A | |
| 4. | Fidelity Management Trust Co. (IRA custodian) | | | | | Open | 01/22/13 | L | | |
| 5. | --Prime Capital Reserves Fund (money market) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 6. | --Aegon NV PFD (symbol: AEH) | | None | | | Sold | 02/11/13 | J | A | |
| 7. | --Apache Corp com stock | | None | | | Sold | 02/21/13 | J | A | |
| 8. | --Chevron Corp com stock | A | Dividend | J | T | | | | | |
| 9. | --Coca Cola com stock | A | Dividend | J | T | Sold (part) | 04/12/13 | J | B | |
| 10. | --ConocoPhillips | A | Dividend | J | T | Buy | 02/20/13 | J | | |
| 11. | --Cohen & Steers Infrastructure FD (sym: UTF) | | None | | | Sold | 02/13/13 | J | A | |
| 12. | --Exxon Mobile com stock | A | Dividend | J | T | Buy | 02/12/13 | J | | |
| 13. | --Facebook com stock | | None | J | T | Buy | 09/13/13 | J | | |
| 14. | | | | | | Buy (add'l) | 10/11/13 | J | | |
| 15. | --Fidelity Gov't Money Mkt fund (SPAXX) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 16. | --Fidelity Canada fund (FICDX) | A | Dividend | | | Buy | 02/13/13 | J | | |
| 17. | | | | | | Sold | 08/07/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Fidelity Int'l Growth fund (FIGFX) | A | Dividend | J | T | Buy | 02/15/13 | J | | |
| 19. --Fidelity Floating Rate Income fund (FFRHX) | A | Dividend | | | Buy | 05/10/13 | J | | |
| 20. | | | | | Sold | 09/30/13 | J | A | |
| 21. --Fidelity Focused Stock fund (FTQGX) | A | Dividend | J | T | Buy | 02/12/13 | J | | |
| 22. --Fidelity Contrafund (FCNTX) | A | Dividend | J | T | Buy | 05/16/13 | J | | |
| 23. --Fidelity GNMA fund (FGMNX) | A | Dividend | | | Buy | 05/13/13 | J | | |
| 24. | | | | | Sold | 10/01/13 | J | A | |
| 25. --Fidelity Low Priced Stock fund (FLPSX) | A | Dividend | J | T | Buy | 05/14/13 | J | | |
| 26. --Fidelity OTC Port fund (FOCPX) | A | Dividend | J | T | Buy | 05/10/13 | J | | |
| 27. --Fidelity Select IT Services fund (FBSOX) | A | Dividend | J | T | Buy | 02/13/13 | J | | |
| 28. --Fidelity Select Retailing fund (FSRPX) | A | Dividend | J | T | Buy | 05/13/13 | J | | |
| 29. --Fidelity Select Biotech fund (FBIOX) | A | Dividend | J | T | Buy | 02/15/13 | J | | |
| 30. --Fidelity Select Chemicals fund (FSCHX) | A | Dividend | J | T | Buy | 02/14/13 | J | | |
| 31. --Ford Motor com stock | | None | | | Buy | 02/14/13 | J | | |
| 32. | | | | | Sold | 04/01/13 | J | A | |
| 33. --Flaherty & Crumrine PFD SECS Income FD (sym: FFC) | A | Dividend | | | Sold | 02/11/13 | J | A | |
| 34. --Inergy LP (sym: NRGY) | | None | | | Sold | 02/11/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Ishares Silver TR | | None | | | Sold | 05/20/13 | J | | |
| 36. --Nabors Indust. LTD com stock | A | Dividend | | | Buy | 02/21/13 | J | | |
| 37. | | | | | Sold | 11/07/13 | J | A | |
| 38. --Peabody Ener. com. stock | A | Dividend | | | Sold | 02/15/13 | J | | |
| 39. --Proctor & Gamble c.stock | | None | | | Sold | 02/28/13 | J | B | |
| 40. --Proshares Tr Short Dow 30 Proshares | | None | | | Sold | 01/22/13 | J | A | |
| 41. --Streettracks Gold TR SHS (GLD) | | None | J | T | | | | | |
| 42. --Suburban Propane Partners LP (sym: SPH) | | None | | | Sold | 02/13/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 3 and 4: Individual Retirement Account assets were rolled over from one custodian to a new one. On 1/22/13, Fidelity Management Trust Co. became new IRA custodian and the rollover pricess of IRA assets began. IRA rollover was completed on 2/27/13 was completed and NFS/FMTC ceased to be IRA custodian. Additionally, columns B and C were left blank on Line 4 because all income and reportable transactions for this IRA are set forth in lines 5-42 for the assets within this IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 01/05/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **William P. Johnson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544